EXHIBIT D

The BURN Controllers sold in the US include the patented features



