EXHIBIT E

BURN Controllers have been sold in Georgia





