EXHIBIT F

Those skilled in the art are likely to be deceived

